Judge Dolly M. Gee
**SCHEDULE OF PRETRIAL & TRIAL DATES (JURY TRIAL)**

Case No.: CV 20-8848-DMG (PDx)    Title: Mark Seliger v. Penske Media Corporation

| MATTER | COURT ORDERED DATE | TIME |
|---|---|---|
| **TRIAL**   [ ] Court   [x] Jury<br>Duration Estimate: 3-4 days | 3-29-22<br>(Tuesday) | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | 3-1-22<br>(Tuesday) | 2:00 p.m. |

| MATTER | COURT ORDERED DATE |
|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 3-19-21 |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | 8-3-21 |
| Motion Cut-Off   (filing deadline)<br>Last hearing date for dispositive motions | 11-5-21<br>1-7-22 |
| Initial Expert Disclosure & Report Deadline | 8-26-21 |
| Rebuttal Expert Disclosure & Report Deadline | 9-23-21 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 10-7-21 |
| Settlement Conference Completion Date | 1-21-22 |
| Joint Status Report re Settlement | 1-28-22 |
| Motions in Limine Filing Deadline | 2-8-22 |
| Opposition to Motion in Limine Filing Deadline | 2-15-22 |
| Proposed Pretrial Conference Order | 2-8-22 |
| Contentions of Fact/Law | 2-8-22 |
| Pretrial Exhibit Stipulation | 2-8-22 |
| Joint Exhibit List | 2-8-22 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 2-8-22 |
| Agreed Statement of the Case | 2-8-22 |
| Proposed Voir Dire Questions | 2-8-22 |
| Joint Statement of Jury Instructions &<br>Joint Statement of Disputed Instructions | 2-8-22 |
| Verdict Forms | 2-8-22 |